1  Gary F. Wang (SBN 195656)
   garywang@gfwanglaw.com
2  Law Offices of Gary F. Wang
   448 South Pasadena Avenue
3  Pasadena, California 91105-1838
   Telephone: (626) 585-8001
4  Facsimile: (626) 585-8002

5  Attorney for Defendants
   ROBERTO LÓPEZ, RICHARD LÓPEZ,
6  ROBERT LÓPEZ and YVONNE ACOSTA

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| DANIEL OCHOA, | Case No. 8:21-cv-00983 JVS (JPRx) |
| Plaintiff, | **ANSWER TO COMPLAINT AND COUNTERCLAIMS** |
| v. | **REQUEST FOR JURY TRIAL** |
| ROBERTO LÓPEZ, RICHARD LÓPEZ, ROBERT LÓPEZ, YVONNE ACOSTA and DOES 1 through 10, inclusive, | Assigned to Hon. James V. Selna |
| Defendants. | |

19        Defendants ROBERTO LÓPEZ, RICHARD LÓPEZ, ROBERT LÓPEZ and

20  YVONNE ACOSTA, (hereinafter collectively "Defendants"), for themselves and no

21  others, hereby answer the Complaint ("Complaint") of Plaintiff DANIEL OCHOA

22  ("Plaintiff"), using the same headings and paragraphs contained in the Complaint, in

23  this matter as follows:

24                    **JURISDICTION AND VENUE**

25        1.    In response to paragraph 1 of the Complaint, Defendants lack sufficient

26  information to admit or deny and on that basis deny the allegations in this

27  paragraph.

28        2.    In response to paragraph 2 of the Complaint, Defendants lack sufficient

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

1  information to admit or deny and on that basis deny the allegations in this
2  paragraph.

3     3.  In response to paragraph 3 of the Complaint, Defendants lack sufficient
4  information to admit or deny and on that basis deny the allegations in this
5  paragraph.

6  **THE PARTIES**

7     4.  In response to paragraph 4 of the Complaint, Defendants lack sufficient
8  information to admit or deny and on that basis deny the allegations in this
9  paragraph.

10    5.  In response to paragraph 5 of the Complaint, Defendant Roberto López
11 admits the allegation in this paragraph.

12    6.  In response to paragraph 6 of the Complaint, Defendant Richard López
13 admits the allegation in this paragraph.

14    7.  In response to paragraph 7 of the Complaint, Defendant Robert López
15 admits the allegation in this paragraph.

16    8.  In response to paragraph 8 of the Complaint, Defendant Yvonne Acosta
17 admits the allegation in this paragraph.

18    9.  In response to paragraph 9 of the Complaint, Defendants lack sufficient
19 information to admit or deny and on that basis deny the allegations in this
20 paragraph.

21 **FACTS COMMON TO ALL CLAIMS FOR RELIEF**

22 **The El Tiempo Music Group and Its Associated Service Marks**

23    10.  In response to paragraph 10 of the Complaint, Defendants lack
24 sufficient information to admit or deny and on that basis deny the allegations in this
25 paragraph.

26    11.  In response to paragraph 11 of the Complaint, Defendants lack
27 sufficient information to admit or deny and on that basis deny the allegations in this
28 paragraph.

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

12.     In response to paragraph 12 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

13.     In response to paragraph 13 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

14.     In response to paragraph 14 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

15.     In response to paragraph 15 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

16.     In response to paragraph 16 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

17.     In response to paragraph 17 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

18.     In response to paragraph 18 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

19.     In response to paragraph 19 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

20.     In response to paragraph 20 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

21.     In response to paragraph 21 of the Complaint, Defendants lack

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

3

1  sufficient information to admit or deny and on that basis deny the allegations in this

2  paragraph.

3  **Defendants' Wrongful Conduct**

4      22.    In response to paragraph 22 of the Complaint, Defendants lack

5  sufficient information to admit or deny and on that basis deny the allegations in this

6  paragraph.

7      23.    In response to paragraph 23 of the Complaint, Defendants deny the

8  allegations in this paragraph.

9      24.    In response to paragraph 24 of the Complaint, Defendants lack

10  sufficient information to admit or deny and on that basis deny the allegations in this

11  paragraph.

12      25.    In response to paragraph 25 of the Complaint, Defendants lack

13  sufficient information to admit or deny and on that basis deny the allegations in this

14  paragraph.

15      26.    In response to paragraph 26 of the Complaint, Defendants lack

16  sufficient information to admit or deny and on that basis deny the allegations in this

17  paragraph.

18      27.    In response to paragraph 27 of the Complaint, Defendants lack

19  sufficient information to admit or deny and on that basis deny the allegations in this

20  paragraph.

21      28.    In response to paragraph 28 of the Complaint, Defendants lack

22  sufficient information to admit or deny and on that basis deny the allegations in this

23  paragraph.

24      29.    In response to paragraph 29 of the Complaint, Defendants lack

25  sufficient information to admit or deny and on that basis deny the allegations in this

26  paragraph.

27      30.    In response to paragraph 30 of the Complaint, Defendants lack

28  sufficient information to admit or deny and on that basis deny the allegations in this

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

4

1  paragraph.

2      31.    In response to paragraph 31 of the Complaint, Defendants lack

3  sufficient information to admit or deny and on that basis deny the allegations in this

4  paragraph.

5      32.    In response to paragraph 32 of the Complaint, Defendants lack

6  sufficient information to admit or deny and on that basis deny the allegations in this

7  paragraph.

8      33.    In response to paragraph 33 of the Complaint, Defendants lack

9  sufficient information to admit or deny and on that basis deny the allegations in this

10  paragraph.

11      34.    In response to paragraph 34 of the Complaint, Defendants lack

12  sufficient information to admit or deny and on that basis deny the allegations in this

13  paragraph.

14      35.    In response to paragraph 35 of the Complaint, Defendants lack

15  sufficient information to admit or deny and on that basis deny the allegations in this

16  paragraph.

17      36.    In response to paragraph 36 of the Complaint, Defendants lack

18  sufficient information to admit or deny and on that basis deny the allegations in this

19  paragraph.

20      37.    In response to paragraph 37 of the Complaint, Defendants lack

21  sufficient information to admit or deny and on that basis deny the allegations in this

22  paragraph.

23      38.    In response to paragraph 38 of the Complaint, Defendants lack

24  sufficient information to admit or deny and on that basis deny the allegations in this

25  paragraph.

26      39.    In response to paragraph 39 of the Complaint, Defendants lack

27  sufficient information to admit or deny and on that basis deny the allegations in this

28  paragraph.

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

40.     In response to paragraph 40 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

## FIRST CLAIM FOR RELIEF

## (FEDERAL TRADEMARK INFRINGEMENT)

### (Against All Defendants)

41.     In response to paragraph 41 of the Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

42.     In response to paragraph 42 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

43.     In response to paragraph 43 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

44.     In response to paragraph 44 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

45.     In response to paragraph 45 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

46.     In response to paragraph 46 of the Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

47.     In response to paragraph 47 of the Complaint, Defendants deny the allegations in this paragraph.

48.     In response to paragraph 48 of the Complaint, Defendants deny the allegations in this paragraph.

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

49.     In response to paragraph 49 of the Complaint, Defendants deny the allegations in this paragraph.

50.     In response to paragraph 50 of the Complaint, Defendants deny the allegations in this paragraph.

51.     In response to paragraph 51 of this Complaint, Defendants deny the allegations in this paragraph.

52.     In response to paragraph 52 of this Complaint, Defendant deny the allegations in this paragraph.

53.     In response to paragraph 53 of this Complaint, Defendants deny the allegations in this paragraph.

54.     In response to paragraph 54 of this Complaint, Defendants deny the allegations in this paragraph.

## SECOND CLAIM FOR RELIEF

### (FEDERAL TRADEMARK DILUTION)

### (Against All Defendants)

55.     In response to paragraph 55 of this Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

56.     In response to paragraph 56 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

57.     In response to paragraph 57 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

58.     In response to paragraph 58 of this Complaint, Defendants deny the allegations in this paragraph.

59.     In response to paragraph 59 of this Complaint, Defendants deny the allegations in this paragraph.

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

60.     In response to paragraph 60 of this Complaint, Defendants deny the allegations in this paragraph.

61.     In response to paragraph 61 of this Complaint, Defendants deny the allegations in this paragraph.

62.     In response to paragraph 62 of this Complaint, Defendants deny the allegations in this paragraph.

63.     In response to paragraph 63 of this Complaint, Defendants deny the allegations in this paragraph.

### <u>THIRD CLAIM FOR RELIEF</u>

### (COMMON LAW TRADE NAME INFRINGEMENT)

### (Against All Defendants)

64.     In response to paragraph 64 of this Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

65.     In response to paragraph 65 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

66.     In response to paragraph 66 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

67.     In response to paragraph 67 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

68.     In response to paragraph 68 of this Complaint, Defendants deny the allegations in this paragraph.

69.     In response to paragraph 69 of this Complaint, Defendants deny the allegations in this paragraph.

70.     In response to paragraph 70 of this Complaint, Defendants deny the

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

allegations in this paragraph.

71.     In response to paragraph 71 of this Complaint, Defendants deny the allegations in this paragraph.

72.     In response to paragraph 72 of this Complaint, Defendants deny the allegations in this paragraph.

## FOURTH CLAIM FOR RELIEF

### (TRADEMARK DILUTION UNDER STATE LAW)

### (Cal. Bus. & Prof. Code § 14247 *et. seq.*)

### (Against All Defendants)

73.     In response to paragraph 73 of this Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

74.     In response to paragraph 74 of this Complaint, Defendants deny the allegations in this paragraph.

75.     In response to paragraph 75 of this Complaint, Defendants deny the allegations in this paragraph.

76.     In response to paragraph 76 of this Complaint, Defendants deny the allegations in this paragraph.

## FIFTH CLAIM FOR RELIEF

### (UNFAIR COMPETITION UNDER STATE LAW)

### (Cal. Bus. & Prof. Code § 17200 et. seq.)

### (Against All Defendants)

77.     In response to paragraph 77 of this Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

78.     In response to paragraph 78 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

79. In response to paragraph 79 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

80. In response to paragraph 80 of this Complaint, Defendants deny the allegations in this paragraph.

81. In response to paragraph 81 of this Complaint, Defendants deny the allegations in this paragraph.

82. In response to paragraph 82 of this Complaint, Defendants deny the allegations in this paragraph.

83. In response to paragraph 83 of this Complaint, Defendants deny the allegations in this paragraph.

## SIXTH CLAIM FOR RELIEF

### (INTERFERENCE WITH PROSPECTIVE BUSINESS OPPORTUNITIES)

#### (Against All Defendants)

84. In response to paragraph 84 of this Complaint, Defendants reaffirm each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

85. In response to paragraph 85 of this Complaint, Defendants lack sufficient information to admit or deny and on that basis deny the allegations in this paragraph.

86. In response to paragraph 86 of this Complaint, Defendants deny the allegations in this paragraph.

87. In response to paragraph 87 of this Complaint, Defendants deny the allegations in this paragraph.

88. In response to paragraph 88 of this Complaint, Defendants deny the allegations in this paragraph.

89. In response to paragraph 89 of this Complaint, Defendants deny the allegations in this paragraph.

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

90.     In response to paragraph 90 of this Complaint, Defendants deny the allegations in this paragraph.

## SEVENTH CLAIM FOR RELIEF
### (BREACH OF CONTRACT)
### (Against Defendant Roberto López)

91.     In response to paragraph 91 of this Complaint, defendant Roberto López reaffirms each admission and denial contained in preceding paragraphs of this Answer as if fully set forth herein.

92.     In response to paragraph 92 of this Complaint, defendant Roberto López lacks sufficient information to admit or deny and on that basis denies the allegations in this paragraph.

93.     In response to paragraph 93 of this Complaint, defendant Roberto López lacks sufficient information to admit or deny and on that basis denies the allegations in this paragraph.

94.     In response to paragraph 94 of this Complaint, defendant Roberto López lacks sufficient information to admit or deny and on that basis denies the allegations in this paragraph.

95.     In response to paragraph 95 of this Complaint, defendant Roberto López denies the allegations in this paragraph.

96.     In response to paragraph 96 of this Complaint, defendant Roberto López denies the allegations in this paragraph.

## PRAYER FOR RELIEF

**WHEREFORE,** based on their denial of the allegations in response to paragraph the Complaint, Defendants pray that the Court dismiss the Complaint in its entirety, that Plaintiff not be awarded any of the relief sought in his prayer for judgment, and that Plaintiff pay all costs of this action, including but not limited to Defendants' attorney's fees and costs.

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

# AFFIRMATIVE DEFENSES

Defendants have not yet fully collected or reviewed all of the information and materials that may be relevant to the matters and issues raised herein. Accordingly, Defendants reserve the right to amend, modify, or expand their defenses, and to take further positions as discovery proceeds in this matter.

## FIRST AFFIRMATIVE DEFENSE

AS AND FOR A FIRST, SEPARATE, AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants allege that Plaintiff's Complaint and each cause of action contained therein fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

AS AND FOR A SECOND, SEPARATE, AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants allege that Plaintiff has waived and is estopped and barred from alleging the matters set forth in its Complaint and each cause of action alleged therein.

## THIRD AFFIRMATIVE DEFENSE

AS FOR A THIRD, SEPARATE, AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants allege that Plaintiff's Complaint and each cause of action alleged therein is barred by the doctrine of unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants claim that it is not responsible for Plaintiff's harm, if any, because Defendants' conduct was permissible.

## FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, the claims of Plaintiff are barred because the purported liabilities of Defendants are based upon a defective legal theory.

## SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTH, SEPARATE, AND AFFIRMATIVE DEFENSE

TO SAID COMPLAINT, Plaintiff is barred from recovery herein by the doctrine of acquiescence.

## SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, the injuries and damages, if any, of which Plaintiff claimed were proximately, legally, and foreseeably caused or contributed to by the actions of other persons and/or entities.  Therefore, the right to recovery of Plaintiff is diminished to the extent Plaintiff's injuries, losses and damages, if any, are attributable to said other persons and/or entities.

## EIGHTH AFFIRMATIVE DEFENSE

AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants acted only to protect their legitimate financial interests.

## NINTH AFFIRMATIVE DEFENSE

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants had a legitimate financial interest in the alleged contractual relations because Plaintiff is accused of infringing Defendants' privacy rights.

## TENTH AFFIRMATIVE DEFENSE

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants acted only reasonably and in good faith to protect their own financial interest with appropriate means.

## ELEVENTH AFFIRMATIVE DEFENSE

AS AND FOR AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants did not know and had no reason to know Plaintiff's relationships with any third party alleged in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

13

TO SAID COMPLAINT, Defendant did not know and had no reason to know that the alleged relationships Plaintiff purportedly had with any third party would be disrupted by Defendants if Defendants failed to act with reasonable care.

### THIRTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendant did not fail to act with reasonable care as alleged by Plaintiff because Defendant had and still has a right to act to cease and desist Plaintiff's infringing activity against Defendants' privacy rights.

### FOURTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants did not engage in any wrongful conduct as alleged by Plaintiff because Defendants had and still have rights to disrupt any person's infringing activity against their privacy rights.

### FIFTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants did not engage in any wrongful conduct to harm or cause to harm Plaintiff, because Defendants enforced the privacy rights to cease and desist Plaintiff's infringing activities.

### SIXTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Plaintiff was not harmed as alleged in the Complaint and if Plaintiff was harm, it was harmed by the act of Plaintiff itself.

### SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants have not violated any part of the Cal. Bus. Prof. Code § 1700 *et seq.* because the allegations stated in the Complaint do not support any accused violation of any part of the Cal. Bus. Prof. Code § 1700 *et seq.*, and Defendant had and still has a right to cease and desist any unauthorized

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

use of their privacy rights, and Defendants' actions or practices were not unfair, unlawful, fraudulent or deceptive within the meaning of the California Business and Professional Code.

## EIGHTEENTH AFFIRMATIVE DEFENSE

AS AND FOR AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Plaintiff's Complaint, and each and every cause of action alleged therein, is barred because the damages sought by Plaintiff herein are speculative and uncertain.

## NINETEENTH AFFIRMATIVE DEFENSE

AS AND FOR A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, the Complaint for each and every item of damages is barred for the reason that Plaintiff have totally failed to mitigate its alleged damages.

## TWENTIETH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants are entitled to offset any amounts that Defendants might be found to owe Plaintiff against amounts that Plaintiff owe Defendants arising out of the alleged transactions.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants have not violated Cal. Bus. & Prof. Code § 14247 *et. seq.* because Plaintiff's alleged mark is not famous or distinctive.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants have not violated Cal. Bus. & Prof. Code § 14247 *et. seq.* because Defendants are the senior users of the Plaintiff's alleged mark.

///

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

## TWENTY-THIRD AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants have not violated Cal. Bus. & Prof. Code § 14247 *et. seq.* because any alleged use of Plaintiff's alleged mark by Defendants was fair use defined by the code.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, on in formation and belief, the Complaint and every cause of action therein are barred by the statute of limitations.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, if Defendants infringed or violated any rights of Plaintiff under the Lanham Act, which it expressly denies, then Defendants are innocent infringers or innocent violators within the meaning of 15 U.S.C. § 1114(2)(A) and Plaintiff is entitled at most to injunctive relief .

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, if Defendants infringed or violated any rights of Plaintiff under the California Business & Professions Code, which they expressly deny, then Defendants are innocent infringers or innocent violators within the meaning of Business & Professions Code § 14320(c), and Plaintiff is entitled at most to injunctive relief.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

AS AND FOR A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT, Defendants' use of their own mark alleged herein was used fairly and in good faith only to their own goods within the meaning of the relevant trademark and copyright laws.

///

16

**RESERVATION OF RIGHTS**

Defendants reserve the right to assert any and all additional affirmative defenses the basis of which may be discovered during the course of discovery.

**COUNTERCLAIMS**

Defendants and Counterclaimants ROBERTO LÓPEZ, RICHARD LÓPEZ, ROBERT LÓPEZ and YVONNE ACOSTA, (hereinafter collectively "Counterclaimants") alleges as follows:

**JURISDICTION AND VENUE**

1.     This Counterclaims arise under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), as amended (False Designation of Origin).  This court has original jurisdiction over this action under 28 U.S.C. §§ 1331, 1338(a) and under 15 U.S.C. § 1121.

2.     Upon information and belief, the wrongful acts committed by Plaintiff and Counter-Defendant DANIEL OCHOA ("Ochoa" or "Counter-Defendant"), as hereinafter alleged, have occurred in or affected interstate commerce in the State of California and in the Central District of California.

3.     Venue is proper in this Judicial District under 28 U.S.C. § 1391(b) and § 1391(c).

**THE PARTIES**

4.     Counterclaimants Roberto López, Richard López, Robert López and Yvonne Acosta ("Counterclaimants") are, and at all times relevant herein were residents of State of California in this Judicial District.

5.     On information and belief, Counter-Defendant is, and at all times relevant herein was, is resident of State of California in this Judicial District.

**BACKGROUND ALLEGATIONS**

6.     Counterclaimants are singers and performers in Spanish language performing for the public in the United States, Mexico and Central America at least

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

1   since 1989.  A link for a video on youtube.com attached hereto shows their

2   performance in Mexico in 1989:

3   https://www.youtube.com/watch?v=HVJ9WQMIO8A (accessed on July 29, 2021).

4          7.     A link for a video on youtube.com attached hereto shows their

5   performance in Los Angeles, California in 1990:

6   https://www.youtube.com/watch?v=hSo5vF7zYAA (accessed on July 29, 2021).

7          8.     In or about 1991, Counterclaimant Roberto López signed an agreement

8   with Luna Artists Management to promote his music performance.

9          9.     In the following 20 years, Counterclaimants performed and continue to

10  perform in many different venues and on televisions, such as Univision Fresno,

11  Televisa Mexico and Televisa Guadalajara, in the United States, Mexico and Central

12  America.  Counterclaimants became very famous in North and Central Americas

13  among the people who speak Spanish.

14         10.    Some examples of the videos showing Counterclaimants' performances

15  and appearances found on the internet and youtube.com are listed hereinbelow:

16         a.     in 1990 https://www.youtube.com/watch?v=iv1MVgqAEgc with

17  Televisa Mexico's program "ECO";

18         b.      in 1992, https://www.youtube.com/watch?v=np7BTKdWxbQ

19  with Televisa Mexico's program "ECO";

20         c.     in 1993, https://www.youtube.com/watch?v=-uHpNYt4Hy4 with

21  Televisa Mexico's program "ECO";

22         d.     in 1996, https://www.youtube.com/watch?v=QfKJFEl72g0 with

23  Monterrey Mexico Program "Órale primo con chuy soltero";

24         e.     in 2010, https://www.youtube.com/watch?v=MFxVe6FF6ko

25  with Tijuana Mexico "La velada";

26         f.     in 2012, https://www.youtube.com/watch?v=ITrfTJptHVY with

27  Univision Fresno;

28         g.     in 2018, https://www.youtube.com/watch?v=dyMZ_Kcg6tk with

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

18

1 │ Televisa Guadalajara; and

2 │         h.     in 2019, https://www.youtube.com/watch?v=zqpL7OzmWFQ

3 │ with Univision Fresno "Arriva el valle central".

4 │ (all of the above listed videos links were accessed on July 29, 2021).

5 │      11.    For his own commercial purposes, Counter-Defendant uses

6 │ Counterclaimants' voices and images to promote his services on the internet and

7 │ elsewhere without authorization from Counterclaimants.

8 │      12.    Some examples of Counter-Defendant's videos that use

9 │ Counterclaimants' images and voices without Counterclaimants' authorization are

10 │ listed hereinbelow:

11 │         a.    From 0:22 to 0:25 in the video showing Counterclaimants' voice

12 │ in the song La Reynalda:

13 │ https://www.facebook.com/100011126539546/posts/1436530423394495/?d=n;

14 │         b.    From 0:27 to 0:30 in the video showing Counterclaimants' voice

15 │ in the song La Reynalda:

16 │ https://www.facebook.com/100011126539546/posts/1421745468206324/?d=n;

17 │         c.    From 0:33 to 0:45 in the video showing Counterclaimants' voice

18 │ in the song La Reynalda:

19 │ https://www.facebook.com/watch/?v=500679654121723&extid=NS-UNK-UNK-

20 │ UNK-IOS_GK0T-GK1C;

21 │         d.    From 0:00 to 0:32 in the video showing Counterclaimants' voice

22 │ and image; from 0:33 to 0:36 and from 0:47 to 1:15 showing Counterclaimants'

23 │ image:

24 │ https://www.facebook.com/watch/?extid=NS-UNK-UNK-UNK-UNK_GK0T-

25 │ GK1C&v=1563063673837607; and

26 │         e.    From 0:00 to 0:29 in the video showing Counterclaimants' voice

27 │ and image: https://www.youtube.com/watch?v=RWe1SkHS1js.

28 │ (all of the above listed videos links were accessed on July 29, 2021).

**LAW OFFICES OF GARY F. WANG**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

19

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

13.     On information and belief, Counter-Defendant continues his advertisements and promotions for his services with Counterclaimants' voices and images without authorization from Counterclaimant.

## FIRST CLAIM FOR RELIEF

(False Designation of Origin Under 15 U.S.C. § 1125(a))

14.     Counterclaimant re-alleges and incorporates paragraphs 1 through 13, above, as though fully set forth in this paragraph.

15.     Counter-Defendant has been making concert and/or music performance advertisements and/or promotional materials which included Counterclaimants' voices, images and/or terms, without authorization from Counterclaimants, that identifies Counterclaimants for commercial purposes, and caused confusion and/or mistake as to the origin of the performers for his intended audiences.

16.     Counter-Defendant's conduct constitutes false designation of origin, and is likely to cause confusion, deception and mistake among the consuming public in that members of the public who view Counter-Defendant's services, and are likely to believe that there is an association between the Counter-Defendant and/or the Counter-Defendant's products and services, on one hand, and Counterclaimant's products and services on the other.

17.     Counter-Defendant's false designation of origin has and continue to cause injury to Counterclaimant and its goodwill and reputation, for which Counterclaimant has suffered exemplary damages in the amount according to proof.

## SECOND CLAIM FOR RELIEF

(Violation of California Civil Code § 3344)

18.     Counterclaimant re-alleges and incorporates paragraphs 1 through 17, above, as though fully set forth in this paragraph.

19.     California Civil Code § 3344(a) provides:

"Any person who knowingly uses another's name, voice, signature, photograph, or likeness, in any manner on or in

20

products, merchandise, or goods, or for purposes of advertising or selling, or soliciting purchases of products, merchandise, goods or services, without such person's prior consent, or, in the case of a minor, the prior consent of his parent or legal guardian, shall be liable for any damages sustained by the person or persons injured as a result thereof. In addition, in any action brought under this section, the person who violated the section shall be liable to the injured party or parties in an amount equal to the greater of seven hundred fifty dollars ($750) or the actual damages suffered by him or her as a result of the unauthorized use, and any profits from the unauthorized use that are attributable to the use and are not taken into account in computing the actual damages. In establishing such profits, the injured party or parties are required to prove his or her deductible expenses. Punitive damages may also be awarded to the injured party or parties. The prevailing party in any action under this section shall also be entitled to attorney's fees and costs."

20.     Counter-Defendant has been knowingly and deliberately making concert and/or music performance advertisements and/or promotional materials which included Counterclaimants' voices, images and/or terms, without authorization from Counterclaimants, that identifies Counterclaimants for commercial purposes, and caused confusion and/or mistake as to the origin of the performers for his intended audiences.

21.     Each such use was unequivocally and directly for purposes of advertising and/or promoting and/or selling concert tickets, performance tickets and/or other goods or services by Counter-Defendant, such that prior consent was required.

22.     Counterclaimants have suffered actual damages as a result of Counter-

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

Defendant's deliberate use of their voices, images, and likenesses on advertisements, promotional materials and other types of solicitations for goods or services.

23.    Counter-Defendant engaged in outrageous conduct, carried on with willful and conscious disregard of the rights of Counterclaimants. Counterclaimants are entitled to compensatory and punitive damages and attorney fees and costs.

### THIRD CLAIM FOR RELIEF

(Unfair Competition Under Cal. Bus. & Prof. Code § 17200)

24.    Counterclaimant re-alleges and incorporates paragraphs 1 through 23, above, as though fully set forth in this paragraph.

25.    In doing the things alleged above, Counter-Defendant is engaged in unfair competition under California Business and Professions Code section 17200.

26.    Counterclaimants are likely to be harmed, and are being harmed, by Counter-Defendant's actions as alleged herein.  If Counter-Defendant is not enjoined from doing the things herein alleged during the pendency of this action and permanently thereafter, Counterclaimants will be irreparably harmed.  Therefore, Counterclaimants have no adequate remedy at law.

### FOURTH CLAIM FOR RELIEF

(Common Law Unfair Competition)

27.    Counterclaimant re-alleges and incorporates paragraphs 1 through 26, above, as though fully set forth in this paragraph.

28.    In doing the things alleged above, Counter-Defendant is engaged in unfair competition under the common law of the State of California.

29.    Counterclaimants are likely to be harmed, and are being harmed, by the Counter-Defendant' actions as alleged herein.  If Counter-Defendant is not enjoined from doing the things herein alleged during the pendency of this action and permanently thereafter, Counterclaimants will be irreparably harmed.  Therefore, Counterclaimants have no adequate remedy at law.

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

30.    Counterclaimants are informed and believes that in doing the things alleged above, Counter-Defendant has been guilty of fraud, oppression and malice in that Counter-Defendant has undertaken the foregoing actions with the intention of causing injury to Counterclaimants and/or with a willful and conscious disregard of Counterclaimants' rights.

## **PRAYER FOR RELIEF**

WHEREFORE, Counterclaimants, Roberto López, Richard López, Robert López and Yvonne Acosta, pray for judgment as follows:

1.    For an order requiring Counter-Defendant to account for and pay to Counterclaimants all gains, profits, benefits and advantages derived by them from the above-described wrongful acts;

2.    For an award of the costs and attorneys' fees incurred by Counterclaimants in this action;

3.    For an order enjoining Counter-Defendant and his respective officers, directors, employees, agents, representatives, servants, subsidiaries and affiliates, during the pendency of this action, and permanently, from: (a) using, displaying, selling, or offering to sell any products and/or services that incorporate Counterclaimants' names, voices, images, terms and/or alike;

4.    For an injunction prohibiting Counter-Defendant from creating confusion by using Counterclaimants' names, voices, images, terms and/or alike;

5.    Awarding actual damages suffered by Counterclaimants a result of Counter-Defendant's wrongful act;

6.    Ordering Counter-Defendant to disgorge his profits from the gain by advertising and /or promoting his services using Counterclaimants' names, voices, images, terms and/or alike;

7.    Awarding Counterclaimants punitive damages in connection with its claims under California law; and

8.    Awarding Counterclaimants such other and further relief as the

**Law Offices of Gary F. Wang**
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

23

Court deems just and proper.

Dated: July 29, 2021                    By:  /s/ Gary F. Wang
                                             Gary F. Wang
                                             Attorney for Defendants and
                                             Counterclaimants, Roberto López,
                                             Richard López, Robert López and
                                             Yvonne Acosta

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

24

## <u>REQUEST FOR JURY TRIAL</u>

Defendant requests a trial by jury on all jury triable issues in accordance with Rule 38(a) of the Federal Rules of Civil Procedure.


Dated: July 29, 2021                 */s/ Gary F. Wang*
                                       Gary F. Wang
                                       Attorney for Defendants and
                                       Counterclaimants, Roberto López,
                                       Richard López, Robert López and
                                       Yvonne Acosta

LAW OFFICES OF GARY F. WANG
448 South Pasadena Avenue
Pasadena, California 91105-1838
(626) 585-8001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5-4.7.2 on July 30, 2021.


/s/Gary F. Wang

Gary F. Wang

Answer to Complaint and Counterclaims
Case No. 8:21-cv-00983 JVS (JPRx)